UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT HATCHER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:12-cv-145-JMS-WGH |
| | ) |
| RUTH JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**Entry and Order Dismissing Action**

**I.**

This civil rights action brought against public defenders representing the plaintiff in a pending appeal in the Indiana Court of Appeals is dismissed pursuant to 28 U.S.C. § 1915A(b) because the complaint fails to state a claim upon which relief can be granted. This conclusion is reached because the defendants have not acted, and do not act, under color of state law in representing the plaintiff. *See Polk County v. Dodson,* 454 U.S. 312, 324 (1981) (public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal case).

**II.**

The foregoing shows that the defendants cannot be liable to the plaintiff under 42 U.S.C. § 1983. The dismissal of the action is now mandatory. *Gladney v. Pendleton Corr. Facility,* 302 F.3d 773, 775 (7th Cir. 2002).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 07/09/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert Hatcher
#112855
Putnamville Correctional Facility
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN   46135